# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DAVID SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:19-cv-00437-DCLC-HBG |
| ) | District Judge Clifton Corker |
| C.R. BARD INCORPORATED, and ) | Magistrate Judge Bruce Guyton |
| BARD PERIPHERAL VASCULAR ) | |
| INCORPORATED, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

Dated June 24, 2020          Respectfully Submitted,

/s/ Adam Krause
Adam W. Krause (*Pro hac vice*)
Robert Kinsman (*Pro hac vice*)
Krause & Kinsman LLC
4717 Grand Ave.
Suite 250
Kansas City, MO 64112
T: 816-760-2700
Email: adam@krauseandkinsman.com
Email: robert@krauseandkinsman.com

*Attorneys for Plaintiff David Smith*

/s/ Shane G. Ramsey
Woods Drinkwater
Shane Gibson Ramsey
NELSON MULLINS RILEY &
SCARBOROUGH LLC
150 Fourth Avenue North
Suite 1100
Nashville, TN 37219
T: 615-664-5307
Email: woods.drinkwater@nelsonmullins.com

1

Case 3:19-cv-00437-DCLC-HBG   Document 126   Filed 06/24/20   Page 1 of 3
PageID #: 1524

Email: shane.ramsey@nelsonmullins.com

Dell Chappell (*Pro hac vice*)
Eric Paine (*Pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street
17th Floor
Columbia, SC 28211
T: 803-799-2000
Email: dell.chappell@nelsonmullins.com
Email: eric.paine@nelsonmullins.com

***Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.***

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record, including:

    Adam W. Krause
    Robert Kinsman
    Krause & Kinsman LLC
    4717 Grand Ave.
    Suite 250
    Kansas City, MO 64112

    /s/ *Shane G. Ramsey*
    Shane G. Ramsey